UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FEDERAL LAND BANK ASS'N OF SOUTH ALABAMA, FLCA, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-07-2832 |
| | § § | |
| H&H WORLDWIDE FINANCIAL SERVICE, INC., *et al*, | § § § | |
| Defendants. | § § | |

**RECEIPT FOR WITHDRAWAL OF DEFENDANTS TRI-STAR FINANCIAL AND FRANK TEERS' TRIAL EXHIBITS**

Receipt acknowledged by the undersigned.

RECEIVED BY: ___Deborah Molloy___
(Print Name)

___[signature]___
(Signature)

___2/4/09___
(Date)

1 / 1