IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FEDERAL LAND BANK ASSOCIATION OF SOUTH ALABAMA, FLCA, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 4:07-CV-02832 |
| H & H WORLDWIDE FINANCIAL SERVICE, INC., et al., | | |
| Defendants. | | |

## **FINAL JUDGMENT**

Pursuant to the Memorandum Opinion and Order, judgment is awarded to Federal Land Bank Association of South Alabama, FLCA as follows:

1. Judgment is awarded against Chris Hulse and Amber Hulse jointly and severally for $100,000.00 plus prejudgment interest at 5% per annum, accruing from September 5, 2007, to the entry of the Judgment;

2. Judgment is awarded against Mercury Tanning Salon, Inc. for $289,000.00 plus prejudgment interest at 5% per annum, accruing from September 5, 2007, to the entry of the Judgment;

3. Judgment is awarded against H&H Worldwide Financial Service, Inc., Paul Hulse Sr., Paul Hulse Jr., Marie Frances Hulse, Steven P. Mock, and John R. Crouch jointly and severally for:

    a.   Treble Damages                                          $124,647,710.67

    b.   Interest on damages in the amount of
         $6,242.65 per day from January 31, 2009,
         to the entry of the Judgment

|   |   |   |   |
|---|---|---|---|
| c. | Attorneys' fees | $ | 1,112,466.00 |
| d. | Costs of Court | $ | 115,000.00 |

4. Post-judgment interest on all monetary awards at the rate of 0.70% per annum until paid.

5. Plaintiff is granted a constructive trust on the property at 2215 Long Valley Drive, Kingwood, Texas 77345, in the amount of $374,017.

6. Plaintiff is granted a constructive trust on any real or personal property in the possession of H & H Worldwide Financial Service, Inc., Paul Hulse, Sr., Marie Frances Hulse, Paul Hulse, Jr., Chris Hulse, Amber Hulse, John R. Crouch or Steven P. Mock that was purchased with proceeds of the loans from Plaintiff to H & H Worldwide Financial Service, Inc. or otherwise traceable to the Bank's funds, including, but not limited to vehicles, artworks, and furs.

7. Plaintiff is granted its requested injunctive relief such that it is ORDERED, ADJUDGED, AND DECREED that Defendants H & H Worldwide Financial Service, Inc., Mercury Tanning Salon, Inc., Paul Hulse, Sr., Marie Frances Hulse, Paul Hulse, Jr., Chris Hulse, Amber Hulse, John R. Crouch and Steven P. Mock, and their officers, agents, servants, employees and attorneys be and hereby are permanently restrained and enjoined from concealing, moving, transferring, spending, dissipating, or disposing of (a) any funds or monies that were proceeds of loans or advances from the Plaintiff to or at the direction of H & H Worldwide Financial Service, Inc. and (b) any property that was acquired in whole or in part with any funds or monies that were proceeds of loans or advances from the

Plaintiff to or at the direction of Defendant H &H Worldwide Financial Service, Inc.

This is a Final Judgment. Execution for this Final Judgment shall issue without further orders from this Court.

SIGNED and ENTERED this 23rd day of April, 2009.

_____
Kenneth M. Hoyt
United States District Judge