# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 09-20455

FEDERAL LAND BANK ASSOCIATION OF SOUTH ALABAMA, FLCA,

    Plaintiff - Appellee

v.

PAUL HULSE, SR.; MARIE FRANCES HULSE,

    Defendants - Appellants

United States Court of Appeals
Fifth Circuit
**FILED**
October 6, 2009
Charles R. Fulbruge III
Clerk

United States District Court
Southern District of Texas
FILED
OCT 15 2009
Clerk of Court

Appeal from the United States District Court for the
Southern District of Texas, Houston

CLERK'S OFFICE:

    Under 5th Cir. R.42.3, the appeal is dismissed this 6th day of October, 2009, for want of prosecution. The appellants failed to timely file brief and record excerpts.

                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                              By: _____
                              Claudia N. Farrington, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 06, 2009

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Avenue
Room 5300
Houston, TX 77002



OCT 15 2009



No. 09-20455, Federal Land Bank Assoc v. Paul Hulse, Sr.,
USDC No. 4:07-CV-2832

Enclosed is a copy of the judgment issued as the mandate.

CHARLES R. FULBRUGE III, Clerk

By: /s/ Claudia N. Farrington
Claudia N. Farrington, Deputy Clerk
504-310-7706

cc: w/encl:
  Mr. Mark Joseph Barrera
  Mr. M David Bryant Jr.
  Mr. Robert William Higgason
  Ms. Leslie Sara Hyman